DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JOSEPH KELLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 22-848

————————————————

September 14, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Lee County; J. Frank Porter, Judge.

PER CURIAM.

Affirmed.

NORTHCUTT, KELLY, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.